(Reap. Dec. 9586)

J. E. BERNARD & COMPANY, INC. v. UNITED STATES

Entry No. 3380.

(Decided January 27, 1960)

*Wallace & Schwartz* (*Joseph Schwartz* of counsel) for the plaintiff.
*George Cochran Doub*, Assistant Attorney General (*Richard H. Welsh*, trial attorney), for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-entitled appeal for reappraisement upon a stipulation on the basis of which I find that the proper basis for the determination of the value of the diamonds involved is export value, as defined in section 402(d), Tariff Act of 1930, and that such value is the invoice unit value, plus 0.2 per centum tax, plus packing.

Judgment will issue accordingly.